IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CAROLYN BLAIR, <u>et al.</u>,** | : | |
| | : | |
| **Plaintiffs** | : | Civil Action No. 08-00267(RMC) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA, <u>et al.</u>,** | : | |
| | : | |
| **Defendants** | : | |
| _____ | : | |

**PRAECIPE**

To the Clerk of the Court:

    Please dismiss the above captioned case, without predjudice.

                                          Respectfully submitted,

                                          _____/s/_____

Domiento C.R. Hill [MD14793]
Roxanne D. Neloms [#478157]
**Law Offices of James E. Brown, PLLC**
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000 (office) 202.742.2098 (fax)
*ATTORNEYS FOR PLAINTIFFS*